Michael J. McCue
Nevada Bar No. 6055
MMcCue@LRRLaw.com
Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway,
Suite 600
Las Vegas, NV  89169-5996
T:  702-949-8200
F:  702-949-8398

Attorneys for Defendants
Rock Vault Tours, Inc.
and Harry Cowell

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PAYNE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ROCK VAULT TOURS, INC., a Delaware corporation; NAV-LVH, LLC, a Nevada limited liability company d/b/a/ LVH-LAS VEGAS HOTEL & CASINO; WESTGATE RESORTS, INC., a Florida corporation; HARRY COWELL, an individual; and DOES I – X and ROES I – X, <br><br> Defendants. | Case No.  2:14-cv-01196 <br><br> **JOINT NOTICE OF REMOVAL** <br><br> Clark County District Court <br> Case No. A-14-703302-C |

Defendants Rock Vault Tours, Inc., NAV-LVH, LLC d/b/a/ LVH-Las Vegas Hotel & Casino, Westgate Resorts, Inc., and Harry Cowell all jointly remove this action from the Eighth Judicial District Court for the State of Nevada to the United States District Court for the District of Nevada.

## I.     Introduction

This action was filed on July 1, 2014 in the Eighth Judicial District Court of the State of Nevada.  Plaintiff claims to be a famous British musician best known as the lead singer and bassist of the rock-and-roll band "Asia."  Plaintiff claims to have co-created, written, and copyrighted the

-1-

4747930_1

format and script for a show called "Raiding the Rock Vault," which Plaintiff alleges he performed in and Defendants operate at the LVH Hotel & Casino in Las Vegas, Nevada. Plaintiff claims that Defendants have infringed Plaintiff's alleged copyrights in the show's format and script and that Defendants have breached two contracts with Plaintiff – one related to Plaintiff's performance in the show and the other related to royalties Plaintiff claims to be entitled to.

The Complaint purports to allege claims for copyright infringement, breach of contract, breach of the implied covenant of good faith and fair dealing, unjust enrichment, defamation and/or slander, infringement of the right of publicity, and seeks, among other forms of relief, declaratory and injunctive relief.

## II. This Court Has Federal Question Jurisdiction

This Court has original and exclusive federal question jurisdiction, pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338, over Plaintiff's copyright infringement claim. This Court also has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over Plaintiff's remaining state law claims.

## III. Removal Is Timely

A. This action was filed on July 1, 2014 in the Eighth Judicial District Court of the State of Nevada.

B. Defendant Rock Vault Tours, Inc. was served on July 2, 2014.

C. Defendants NAV-LVH, LLC d/b/a/ LVH-Las Vegas Hotel & Casino, and Westgate Resorts, Inc. were served on July 3, 2014.

D. Defendant Cowell has not yet been served).

E. A notice of removal must be filed "within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading . . . or within thirty days after the service of summons upon the defendant . . . ." *See* 28 U.S.C. § 1446(b). Given that the initial pleading was filed on July 1, 2014 and served on July 2 and 3, 2014, removal is timely.

## IV. The Defendants Have Met All Other Requirements For Removal

A. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

-2-

4747930_1

B.   Removal is proper pursuant to 28 U.S.C. §§ 1441 and 1446.

C.   The Defendants have attached to this notice copies of all process, pleadings and orders filed in the Eighth Judicial District Court of Nevada prior to the filing of this Notice of Removal.  (Ex. A.)

D.   The Defendants have concurrently filed a copy of this notice in the Eighth Judicial District Court of Nevada.

E.   Plaintiff has been served with a copy of this notice.

DATED: this 22nd day of July, 2014.

LEWIS ROCA ROTHGERBER LLP

By: /s/ Jonathan W. Fountain
Michael J. McCue
Jonathan W. Fountain
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

Attorneys for Defendants
Rock Vault Tours, Inc. and
Harry Cowell

-and-

PRYOR CASHMAN LLP

By: /s/ Tom J. Ferber
Tom J. Ferber
(*Pro Hac Vice* to be submitted)
Michael J. Niborski
(*Pro Hac Vice* to be submitted)
1801 Century Park East
Los Angeles, CA 90067

Attorneys for Defendants
NAV-LVH, LLC d/b/a/ LVH-Las Vegas Hotel & Casino
and Westgate Resorts, Inc.

-and-

WATSON ROUNDS

By: /s/ Matthew D. Francis
5371 Kietzke Lane
Reno, NV 89511

Attorneys for Defendants
NAV-LVH, LLC d/b/a/ LVH-Las Vegas Hotel & Casino
and Westgate Resorts, Inc.

-3-

# CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2014, I filed the foregoing document entitled NOTICE OF REMOVAL with the Clerk of the Court via the Court's CM/ECF system and caused a true and accurate copy of the same to be served via first-class, United States mail, postage prepaid, upon the following counsel of record:

> Robert L. Rosenthal, Esq.
> Kimberly P. Stein, Esq.
> HOWARD & HOWARD ATTORNEYS PLLC
> 3800 Howard Hughes Parkway
> Suite 1000
> Las Vegas, NV 89169
>
> Attorneys for Plaintiff John Payne
>
> Tom J. Ferber, Esq.
> Michael J. Niborski, Esq.
> PRYOR CASHMAN LLP
> 1801 Century Park East
> Los Angeles, CA 90067
>
> Attorneys for Defendants
> NAV-LVH, LLC d/b/a/ LVH-Las Vegas Hotel & Casino
> and Westgate Resorts, Inc.
>
> Matthew D. Francis, Esq.
> WATSON ROUNDS
> 5371 Kietzke Lane
> Reno, NV 89511
>
> Attorneys for Defendants
> NAV-LVH, LLC d/b/a/ LVH-Las Vegas Hotel & Casino
> and Westgate Resorts, Inc.

Dated this 22nd day of July, 2014

/s/ Rebecca J. Contla
An Employee of Lewis Roca Rothgerber LLP

4747930_1